**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MALLORY JO STOPKO,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD H COBBS, EAN HOLDINGS, LLC, MAG PITT, LP T/D/B/A CHEERLEADERS, MAG PITT, LLC, MAG IN THE STRIP, LLC, AND FRANK ANTICO, JR.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 2:25-cv-00074<br>Judge Patricia L. Dodge<br>Jury Trial Demanded<br>Electronically Filed |
| MAG PITT, LP T/D/B/A CHEERLEADERS,<br><br>Crossclaim/Third-Party Plaintiff,<br><br>v.<br><br>RICHARD H. COBBS,<br><br>Crossclaim Defendant,<br><br>and<br><br>AMPD GROUP, LLC D/B/A TEN PENN,<br><br>Third-Party Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | |

**REPORT OF NEUTRAL**

An ***Early Neutral Evaluation/mediation*** session was held in the above captioned matter on ***September 3, 2026***.

The case ***has not resolved***. Although the case is not settled, the Parties are continuing active mediation efforts with the Mediator. Given the very recent joinder of the Third-Party Defendant and the likelihood of productive mediation efforts in the near future, I recommend that the Court extend the fact discovery schedule by at least sixty (60) days.

Date: September 4, 2026 Signature of Neutral: /s/ Mark D. Shepard